In the Matter of GERARD A. BUCKLEY, Appellant, against J. EDWARD CONWAY et al., Constituting the Civil Service Commission of the State of New York, et al., Respondents.

Submitted February 17, 1947; decided February 27, 1947.

*Francis J. McNamee, Arthur C. Goldberg* and *Roy P. Monahan* for motion.

*Nathaniel L. Goldstein, Attorney-General* (*Wendell P. Brown, Patrick H. Clune, John W. Barnell* and *Ruth Kessler Toch* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless within fifteen days an affidavit is filed stating the date when a copy of the order of the Appellate Division denying permission to appeal, together with notice of entry thereof, was personally served upon petitioner or, if such service was made by mail, the date of mailing thereof.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHEFFIELD FARMS CO., INC., Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. (130th St. and 94th Ave., Borough of Queens.)

Submitted February 24, 1947; decided February 27, 1947.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements. [See 296 N. Y. 798.]